# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-2002
_____

Larry Wayne Jones

*Plaintiff - Appellant*

v.

Ray Hobbs, Chief Deputy Director, Arkansas Department of Correction; Grant
Harris, Warden, Varner Unit, ADC; Sherry Conrad, Mail Room Supervisor,
Varner Unit

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff
_____

Submitted: January 18, 2013
Filed: January 22, 2013
[Unpublished]
_____

Before BYE, GRUENDER, and BENTON, Circuit Judges.
_____

PER CURIAM.

After Arkansas inmate Larry Jones brought a civil rights suit challenging a prison mailroom policy that had been applied to him, the district court[1] dismissed the suit without prejudice as against defendants Ray Hobbs and Grant Harris, and granted summary judgment to defendant Sherry Conrad. Jones appeals, and we affirm.

Upon careful de novo review, we agree with the district court that Jones failed to exhaust his administrative remedies as to defendants Hobbs and Harris, because he did not name either of them in his grievance papers, as required by the grievance policy of the Arkansas Department of Correction. *See King v. Iowa Dep't of Corr.*, 598 F.3d 1051, 1052 (8th Cir. 2010) (de novo review of interpretation of Prison Litigation Reform Act's administrative-exhaustion provision). As to Conrad, who was named in the grievance, we agree with the district court that she was entitled to qualified immunity. *See Winslow v. Smith*, 696 F.3d 716, 730-31 (8th Cir. 2012) (de novo review of summary judgment granted on basis of qualified immunity). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Joe Volpe, United States Magistrate Judge for the Eastern District of Arkansas.